

**Jackson Surgical Associates, P.A.**

EXHIBIT 1

395 Hospital Blvd
Jackson, TN 38305
Phone: (731) 664-7395
Fax: (731) 664-0057

---

*Garrick Cole*
03/05/2013 10:35 AM
Location: OFFICE
Patient #: E31430
DOB: 06/03/1971
Marital status: Single / Language: English / Race: Black or African American / Ethnicity: Not Hispanic or Latino
Gender: Male

**History of Present Illness** *(JAMIE CORLEY 03/05/2013 02:22 PM)*
   The patient is a 41 year old male who presents for renal dialysis management. Mr. Cole is a patient of Dr. Mulay & Dr. Sarkar. He comes in today for evaluation of dialysis access placement. He's already undergone upper extremity venous mapping procedure bilaterally. He states that he's been on dialysis short term & suffers from diabetes as well as hypertension. He's referred for surgical consultation & consideration of more enduring dialysis access options. He's currently receiving dialysis through a R sided permacath

Additional complaint:

Transition into care is described as the following:
The patient most recently received care from another physician.


**Allergies** *(JAMIE CORLEY; 03/05/2013 02:25 PM)*
**No Known Drug Allergies** 03/05/2013

**Past Medical History** *(JAMIE CORLEY; 03/05/2013 02:25 PM)*
**Hypertension (401.9)**
**Diabetes (250.00)**
**Kidney disease (593.9)**
asthma

**Family History** *(JAMIE CORLEY; 03/05/2013 02:25 PM)*
**Leukemia**: Father; Aunt
**Stroke**; Grandmother
**Diabetes**: Family Members In General
**Heart Disease**; Grandmother
**Hypertension**: Family Members In General

**Social History** *(JAMIE CORLEY; 03/05/2013 02:25 PM)*
**Current tobacco use**: Never smoker
**Non Drinker/No Alcohol Use**
**Marital status**: Single
**Current work status**: Unemployed, looking for work

**Medication History** *(JAMIE CORLEY; 03/05/2013 02:25 PM)*
AmLODIPine Besylate (10MG Tablet 1 Oral daily) Active - Hx Entry.
Aspirin EC (325MG Tablet DR 1 Oral daily) Active - Hx Entry.
Calcium Acetate (667MG Capsule 2 Oral tid) Active - Hx Entry.
Carvedilol (25MG Tablet 1 Oral bid) Active - Hx Entry.
Docusate Sodium (100MG Tablet 1 Oral q 12 hrs) Active - Hx Entry.
HumuLIN 70/30 ((70-30) 100UNIT/ML Suspension 60 u q am & 45 q pm Subcutaneous daily) Active - Hx Entry.
HumuLIN R (100UNIT/ML Solution SLIDING SCALE Injection Daily) Active - Hx Entry.
Pravastatin Sodium (80MG Tablet 1 Oral Daily) Active - Hx Entry.
Selenium Sulfide (2.25% Foam External MONTHLY) Active - Hx Entry.
Therapeutic Gel (2.8% Shampoo 1 INCH External PRN) Active - Hx Entry.
Medications Reconciled.

**Past Surgical** *(JAMIE CORLEY; 03/05/2013 02:25 PM)*
**R sided permacath placement**

**Review of Systems** *(JAMIE CORLEY; 03/05/2013 02:20 PM)*
**General:** Present- **Fatigue** and **Weight Loss**. Not Present- Appetite Loss, Fever, Night Sweats and Weight Gain.
**Skin:** Not Present- Change in Skin and Rash.
**HEENT:** Not Present- Hearing Loss, Earache, Hoarseness, Sore Throat and Painful Swallowing.
**Respiratory:** Present- **Cough**. Not Present- Bloody sputum, Sputum Production and Wheezing.
**Cardiovascular:** Present- **Irregular Heart Beat, Shortness of Breath with exercise, Shortness of Breath at rest, Sleeps with head elevated** and **Shortness of Breath**. Not Present- Chest Pain, Leg Pain and/or Swelling, Leg pain upon walking and Shortness of Breath causing waking at night.
**Gastrointestinal:** Present- **Constipation** and **Heartburn**. Not Present- Abdominal Pain, Bloody Stool, Diarrhea, Difficulty Swallowing, Nausea and Vomiting.
**Male Genitourinary:** Present- **Urinating at Night**. Not Present- Blood in Urine, Difficulty Urinating, Controlling Bladder, Frequency and Painful Urination.
**Musculoskeletal:** Present- **Muscle Pain**. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological:** Present- **Numbness, Visual Changes** and **Weakness**. Not Present- Dizziness, Headaches, Loss of balance and Mini-strokes.
**Endocrine:** Present- **Shakes** and **Trembles**. Not Present- Cold Intolerance, Change in Skin, Hair Changes and Heat Intolerance.

**Vitals** *(BRANDEE O CARNEY; 03/05/2013 10:36 AM)*
03/05/2013 10:35 AM
**Weight:** 250 lb **Height:** 76 in
**Body Surface Area:** 2.47 m² **Body Mass Index:** 30.43 kg/m²
**Pulse:** 83 (Regular)
**BP:** 125/74 Manual (Sitting, Left Arm, Standard)

**Physical Exam** *(James D Day, MD; 03/05/2013 11:07 AM)*
The physical exam findings are as follows:

**General**
**Mental Status** - Alert. **General Appearance** - Cooperative, Well groomed and Consistent with stated age. **Orientation** - Oriented X3. **Build & Nutrition** - Well nourished. **Posture** - Normal posture. **Gait** - Normal. **Hydration** - Well hydrated. **Voice** - Normal.

**Integumentary**
**General Characteristics:** Overall examination of the patient's skin reveals - no rashes and no suspicious lesions.

**Head and Neck**
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Trachea** - midline.

**Chest and Lung Exam**
Chest and lung exam reveals - normal excursion with symmetric chest walls and quiet, even and easy respiratory effort with no use of accessory muscles.
**Auscultation:**
**Breath sounds:** - Normal and - Clear.

**Cardiovascular**
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

**Abdomen**
**Inspection:** Inspection of the abdomen reveals - No Visible peristalsis and No Hernias. **Umbilicus** - Normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - Non Tender, No hepatosplenomegaly and No Palpable abdominal masses.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.

**Peripheral Vascular**

*palpable left distal cephalic vein ~4mm in diameter*

**Neurologic**
**Mental Status: Affect** - normal. **Speech** - Normal.

**Assessment & Plan** *(JAMIE CORLEY; 03/05/201302:25 PM)*
**ESRD (end stage renal disease) on dialysis  (585.6)**
**Today's' Impression:** Mr. Cole comes in today with venous anatomy which is sufficient for Cimino fistula placement. He is R hand dominant & therefore I've recommended a L Cimino fistula. his cephalic vein at that location is 4 mms in diameter. He does have proximal branch points & will therefore likely need postoperative coiling of these branches in order to encourage flow through the dominant lumen. I discussed with him the risks, benefits & potential complications of the procedure itself, including, but not limited to, the possibility of bleeding, infection, pain, wound complications, fistula failure & the need for future operations. He voices understanding of these potential risks of surgery & agrees to proceed. We'll schedule this at his earliest convenience.

J. Daniel Day, MD /jrc

cc: Dr. Mulay
1575 Parr Avenue
Dyersburg, TN 38024

Dr. Sarkar
170 Murray Guard Drive
Jackson, TN 38305
Current Plans:
- ARTERY-VEIN NONAUTOGRAFT (36830) Routine
  | | |
  |---|---|
  | Ordering Caregiver | James D Day, MD |
  | Admit Date | 3/14/2013 |
  | Admit Time | 630 AM |
  | Surgery Date | 3/14/2013 |
  | Anesthesia | General |
  | Procedure | JG-OUTPT....PD CATH PLACEMENT |
  | Notes | LABS @ JG ON ADMIT, PT IS PRISONER |
  | Surgery posted with | MARY |
  | Case # | 782572 |
  | By | BLAIR |
- Dialysis Access

James D Day MD



**Jackson Surgical Associates, P.A.**
395 Hospital Boulevard
Jackson, TN 38305
Phone (731) 664-7395
FAX (731) 664-8865

| | | | |
|---|---|---|---|
| Patient Name: | COLE, GARRICK | Accession Number: | 130910171017153 |
| Patient ID: | E31430JSA | | |
| Gender: | Male | Requested Date: | September 10, 2013 13:51 |
| Date of Birth: | March 6, 1971 | Report Status: | Final |
| Home Phone: | | Requested Procedure: | 1 |
| Referring Physician: | Day, J. Daniel | Procedure Description: | EXTREMITY |
| Organization: | JSA | Modality: | US |

Reporting MD: Lucas, Louis
Dictation Time: September 11, 2013 15:02

**EXAMINATION:**
Left upper extremity duplex venous exam

**CLINICAL HISTORY:**
A 42-year-old man with end-stage renal disease undergoing preoperative exam for dialysis access.

**COMPARISON:**
None available.

**TECHNIQUE:**
Real-time grayscale sonography was used to evaluate the left upper extremity veins. Limited evaluation of the arteries also was performed.

**FINDINGS:**
Left arm:

at the wrist measures 2.9 mm.
in the mid forearm measures 2.5 mm.
in the proximal forearm measures 3.2 mm.

at the elbow measures 3.6 mm
in the distal upper arm measures 3.5 mm.
in the distal upper arm measures 2.3 mm.
in the mid upper arm measures 3.9 mm.

Basilic vein:

At the elbow measures 3.4 mm.
In the distal upper arm measures 4.2 mm.
In the mid upper arm measures 6.4 mm.



Jackson Surgical Associates, P.A.
395 Hospital Boulevard
Jackson, TN 38305
Phone (731) 664-7395
FAX (731) 664-8695

Deep veins are patent without abnormality. The left upper extremity arteries demonstrate normal triphasic waveforms.

**CONCLUSION:**
Left upper extremity venous mapping as above.

Electronically signed by: Louis Lucas (Sep 11, 2013 15:02:29)

**Jackson Surgical Associates**
395 Hospital Blvd
Jackson, TN 38305
Tel: (731) 664-7395

## UPPER EXTREMITY VEIN MAPPING

| Name | Phone # | PIN | Sex | Age | Date of Exam |
|---|---|---|---|---|---|
| Garrick Cole | | E31430 | Male | 42 | 09/10/2013 |
| Referring Physician | Phone # | Tape # | Date of Birth | | Previous Exam |
| J. Daniel Day | | | 06/03/1971 | | / / |

**Indications:** Chronic renal failure, Pre Op

**Risk Factors**

**Notes**



(Vein diameters in mm.)

| Right | | | Left | |
|---|---|---|---|---|
| Basilic Vein | Cephalic Vein | | Cephalic Vein | Basilic Vein |
| | Axilla | | Axilla | |
| Upper Arm | Upper Arm | | 3.8 Upper Arm | 6.3 Upper Arm |
| Lower Arm | Lower Arm | | 2.2 Lower Arm | 4.1 Lower Arm |
| Antecubital | Antecubital | | 3.6 Antecubital | 3.3 Antecubital |
| Upper Forearm | Upper Forearm | | 3.2 Upper Forearm | Upper Forearm |
| Lower Forearm | Forearm | | 2.4 Forearm | Lower Forearm |
| Wrist | Wrist | | 2.8 Wrist | Wrist |
| Median Cubital | | | | Median Cubital |
| Subclavian Artery | Axillary Artery | | Subclavian Artery | Axillary Artery |
| | | | Normal | Normal |

### Interpretation

Left arm :
1. The cephalic vein may be an inadequate conduit for dialysis access - the smallest diameter is 2.2 mm.
2. The basilic vein appears to be an adequate conduit for dialysis access - the smallest diameter is 3.3 mm.
3. The brachial artery is patent with multi-phasic waveforms.
4. This study was done with a tourniquet and in a sitting position.
5. This is a preliminary report, the official report will come from Jackson Radiology Associates.

Elizabeth Moseley RDMS, RVT, RT
Technologist

Jackson Radiology Associates
Interpreting Physician



**Jackson Surgical Associates, P.A.**

395 Hospital Blvd
Jackson, TN 38305
Phone: (731) 664-7395
Fax: (731) 664-0057

---

*Garrick Cole*
09/10/2013 02:43 PM
Location: OFFICE
Patient #: E31430
DOB: 06/03/1971
Marital status: Single / Language: English / Race: Black or African American / Ethnicity: Not Hispanic or Latino
Gender: Male

**History of Present Illness** *(JAMIE CORLEY 09/12/2013 07:40 AM)*
   The patient is a 42 year old male who presents for renal dialysis management. Mr. Cole is a patient of Dr. Mulay & Dr. Sarkar. He comes in for follow-up of dialysis access placement options. He's already undergone upper extremity venous mapping procedure bilaterally. He states that he's been on dialysis short term & suffers from diabetes as well as hypertension. Mr. Cole is in need for hemodialysis access placement. He states that he is going to have to spend some time in jail and that they only have the capability of providing hemodialysis for him rather than the peritoneal dialysis that he is currently using. He underwent upper extremity venous mapping today for further evaluation today in this regard.

**Allergies** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
**No Known Drug Allergies** 03/05/2013

**Past Medical History** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
**Kidney disease (593.9)**
**ESRD (end stage renal disease) on dialysis (585.6)**
**Diabetes (250.00)**
**asthma**
**Hypertension (401.9)**

**Family History** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
**Heart Disease**; Grandmother
**Hypertension**: Family Members In General
**Diabetes**: Family Members In General
**Leukemia**: Father; Aunt
**Stroke**; Grandmother

**Social History** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
**Marital status**: Single
**Current work status**: Unemployed, looking for work
**Current tobacco use**: Never smoker
**Non Drinker/No Alcohol Use**

**Medication History** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
AmLODIPine Besylate (10MG Tablet, 1 Oral daily) Active.
Aspirin EC (325MG Tablet DR, 1 Oral daily) Active.
Calcium Acetate (667MG Capsule, 2 Oral tid) Active.
Carvedilol (25MG Tablet, 1 Oral bid) Active.
Docusate Sodium (100MG Tablet, 1 Oral q 12 hrs) Active.
HumuLIN 70/30 ((70-30) 100UNIT/ML Suspension, 60 u q am & 45 q pm Subcutaneous daily) Active.
HumuLIN R (100UNIT/ML Solution, SLIDING SCALE Injection Daily) Active.
Pravastatin Sodium (80MG Tablet, 1 Oral Daily) Active.
Selenium Sulfide (2.25% Foam, External MONTHLY) Active.
Therapeutic Gel (2.8% Shampoo, 1 INCH External PRN) Active.

**Past Surgical** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
**R sided permacath placement**

**Review of Systems** *(JAMIE CORLEY; 09/12/2013 07:40 AM)*
**General:** Present- **Fatigue** and **Weight Loss**. Not Present- Appetite Loss, Fever, Night Sweats and Weight Gain.
**Skin:** Not Present- Change in Skin and Rash.
**HEENT:** Not Present- Hearing Loss, Earache, Hoarseness, Sore Throat and Painful Swallowing.
**Respiratory:** Present- **Cough**. Not Present- Bloody sputum, Sputum Production and Wheezing.
**Cardiovascular:** Present- **Irregular Heart Beat**, **Shortness of Breath with exercise**, **Shortness of Breath at rest**, **Sleeps with head elevated** and **Shortness of Breath**. Not Present- Chest Pain, Leg Pain and/or Swelling, Leg pain upon walking and Shortness of Breath causing waking at night.
**Gastrointestinal:** Present- **Constipation** and **Heartburn**. Not Present- Abdominal Pain, Bloody Stool, Diarrhea, Difficulty Swallowing, Nausea and Vomiting.
**Male Genitourinary:** Present- **Urinating at Night**. Not Present- Blood in Urine, Difficulty Urinating, Controlling Bladder, Frequency and Painful Urination.
**Musculoskeletal:** Present- **Muscle Pain**. Not Present- Joint Pain, Joint Stiffness and Joint Swelling.
**Neurological:** Present- **Numbness**, **Visual Changes** and **Weakness**. Not Present- Dizziness, Headaches, Loss of balance and Mini-strokes.
**Endocrine:** Present- **Shakes** and **Trembles**. Not Present- Cold Intolerance, Change in Skin, Hair Changes and Heat Intolerance.

**Vitals** *(STACEY SAWYER; 09/10/2013 02:43 PM)*
09/10/2013 02:43 PM
**Weight:** 250 lb **Height:** 76 in
**Body Surface Area:** 2.47 m² **Body Mass Index:** 30.43 kg/m²
**Pulse:** 97 (Regular)
**BP:** 131/84 Electronic (Sitting, Left Arm, Standard)

**Physical Exam** *(James D Day, MD; 09/10/2013 05:05 PM)*
The physical exam findings are as follows:

## General
**Mental Status** - Alert. **General Appearance** - Cooperative, Well groomed and Consistent with stated age. **Orientation** - Oriented X3. **Build & Nutrition** - Well nourished. **Posture** - Normal posture. **Gait** - Normal. **Hydration** - Well hydrated. **Voice** - Normal.

## Integumentary
**General Characteristics:** Overall examination of the patient's skin reveals - no rashes and no suspicious lesions.

## Head and Neck
**Head** - normocephalic, atraumatic with no lesions or palpable masses.
**Trachea** - midline.

## Chest and Lung Exam
Chest and lung exam reveals - normal excursion with symmetric chest walls and quiet, even and easy respiratory effort with no use of accessory muscles.
**Auscultation:**
**Breath sounds:** - Normal and - Clear.

## Cardiovascular
**Auscultation: Rhythm** - Regular. **Heart Sounds** - Normal heart sounds.
**Murmurs & Other Heart Sounds:** Auscultation of the heart reveals - No Murmurs.

## Abdomen
**Inspection:** Inspection of the abdomen reveals - No Visible peristalsis and No Hernias. **Umbilicus** - Normal.
**Palpation/Percussion:** Palpation and Percussion of the abdomen reveal - Non Tender, No hepatosplenomegaly and No Palpable abdominal masses.
**Auscultation:** Auscultation of the abdomen reveals - Bowel sounds normal.

**Peripheral Vascular**
**Upper Extremity:**
**Palpation: Allen test** - **Left** - Normal.

*palpable left distal cephalic vein ~3mm in diameter. Palpable radial pulse.*

**Neurologic**
**Mental Status: Affect** - normal. **Speech** - Normal.


**Assessment & Plan** *(JAMIE CORLEY; 09/12/201307:40 AM)*
**ESRD (end stage renal disease) on dialysis  (585.6)**
**Today's' Impression:** |ASSESSMENT|
Mr. Cole has need of a fistula for dialysis access currently. I have reviewed his upper extremity venous mapping, which was repeated today. He has what appears to be sufficient venous diameter for a Cimino fistula on the left, which is his nondominant arm.

|PLAN|
I have discussed with him the details of this procedure. I have also discussed the risks, benefits, and potential complications of the procedure in detail, including, but not limited to the possibility of bleeding, failure, infection, the need for repeated procedures, pain, and scarring. He recognizes these potential complications, as well as others, and those associated with anesthesia and wishes to proceed. I also informed him that if we were not able to technically perform a good Cimino fistula because of vein quality at the time of exploration that we would immediately move to doing a brachiocephalic AV fistula on the left. I will plan on scheduling this procedure for him at his earliest convenience.


J. Daniel Day, M.D./RI326

cc: Shyamal Sarkar, M.D.

Thank you, very much, for sharing your patients with us and allowing us to participate in their care.
Current Plans:


**Addendum Note** *(JAMIE CORLEY; 10/02/2013 11:37:30 AM)*
*ADDENDUM: I have been in communication with Dr. Sarkar's office. They are requesting removal of his current Tenckhoff catheter rather than placement of a Cimino fistula on October 3, as we had planned. They have plans to place a Permacath on that date for short term dialysis access. If he requires long term dialysis access, then he would need further evaluation for options at that time.*
*We discussed with the patient by phone the risks, benefits, potential complications & alternatives to Tenckhoff removal. He's agreed to this & we'll plan to do this procedure for him on 10/3/13.*

*J. Daniel Day, MD /jrc*

James D Day MD