EXHIBIT 2

# U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
# SPRINGFIELD, MISSOURI

## GENERAL SURGERY CONSULTATION

COLE, Garrick
Reg. No. 25462-076
March 25, 2014
WARD: S03

**ATTENDING PHYSICIAN:** Wade T. Jordan, MD / Samina Rao, PA

**REASON FOR CONSULTATION:** Patient is a 42-year-old male with end-stage renal disease currently on hemodialysis through a right IJ tunneled catheter. Patient has a history of CAPD in the past. He was on it for five to six months and the catheter was subsequently removed in October 2013, because of inability to provide that service.

**PAST MEDICAL HISTORY:** History of diabetes, hypertension, and hyperlipidemia.

**MEDICATIONS:** Per BEMR.

**ALLERGIES:** No known allergies.

**REVIEW OF SYSTEMS:** Noncontributory.

**PHYSICAL EXAMINATION:** Patient appears his age. HEENT – negative. Chest – clear. Heart – regular. Abdomen – soft. Patient has what appears to be a previous exit site on the left side from a CAPD catheter and what may be an umbilical hernia repair at the same time. Extremities – negative.

**IMPRESSION/PLAN:** Would plan for a laparoscopic placement (LAP) continuous ambulatory peritoneal dialysis (CAPD) catheter with immediate exteriorization given the fact that he is on hemodialysis with a right internal jugular (IJ) catheter.

_____
Nicholas F. Shoults, MD
Consultant General Surgeon

4/28/14
Date Signed

NFS/ssm
D: 3-25-14
T: 3-25-14

4/29/14
J. PAZE, PA-C
PHYSICIAN ASSISTANT

4/29/14
S. RAO, PA
USMCFP – SPRINGFIELD, MO

Page 1 – General Surgery Consultation
COLE, Garrick           Reg. No. 25462-076

USMCFP – Springfield, MO
March 25, 2014

SENSITIVE BUT UNCLASSIFIED

WJ
W.T. Jordan, M.D.
Medical Officer

# U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
Springfield, Missouri
### HISTORY & PHYSICAL UPDATE

Date: 3/27/14    Time: 0925

Diagnosis: ESRD

Surgical Procedure: Placement of CAPD catheter, laparoscopically (catheter - leave externalized)

Medications & Dosage: see BEMR

Allergies: NKA

Past Medical Hx: ESRD, HTN, DM II (insulin dependent), hyperlipidemia, Dialysis 1 yr

Past Surgical Hx: CAPD catheter 2013, removed 2013, R+ tunneled chest 2013,

Hx Tobacco Use: Ø     Hx Drug Use: Marijuana

**PHYSICAL**

EXAM: Ht: 6'2"   Wt: 267.4   B/P: 121/77   Temp: 99¹

Pulse: 81   RR: 18   SaO2 Room Air: 100   Ø Reflux Ø SOB Ø CP

Teeth: partials in front, otherwise good repair

Lungs: CTA Bilaterally,    Ø bruises appreciated.

Heart: RRR, $S_1 S_2$ Ø $S_3 S_4$

Abdomen: soft, nontender, nondistended

(Continued on Back)

Addressograph:

Cole, Garrick
25462-076

SPG-10
Rev:

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | COLE, GARRICK D | | Reg #: | 25462-076 |
| Date of Birth: | 06/03/1971 | Sex: M   Race: BLACK | Facility: | SPG |
| Note Date: | 04/08/2014 09:15 | Provider: Brown, Maxine APRN-C | Unit: | S03 |

Procedure encounter performed at Operating Room.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Brown, Maxine APRN-C

Pre-op dx: esrd
Post-op dx: same
Intended procedure: Laparoscopic placement of CAPD Catheter
Procedure performed: as above
Surgeon: Dr. Shoults
Assistant: Kevin Kluthe PA-C
Anesthesia: general w/incisional local 1/4% marcaine x 8 ml
Blood loss: minimal <10ml
Condition on discharge: stable
Level of alertness: a/o x 3
Discharged to observation bed x 24 hours from pacu
Time out and consent completed prior to procedure

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | oxyCODONE/Acetaminophen  5MG/325 MG | 04/08/2014 09:15 | 5 mg/325 mg Orally every 4 hours PRN x 3 day(s) Pill Line Only -- as needed for post op pain. |

   **Indication:** Significant Procedures

   **One Time Dose Given:** No

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chart Review | 04/08/2014 00:00 | MLP 01 |

   He is postop today. Please plan dressing changes starting in 48 hours.

| | | |
|---|---|---|
| Chart Review | 04/11/2014 00:00 | Physician 04 |

   ? need for renewal of pain medication s/p PD catheter placement. Needs to be changed to QID.

**Other:**

POST OPERATIVE ORDERS
ADMIT TO 1-4 OBSERVATION x 24 hours
DIET AS TOLERATED
OOB AS TOLERATED
VITALS AS ORDERED (Q 2 HOURS FOR 8 HOURS, THEN Q 4 HOURS FOR REMAINDER OF OBSERVATION)
NO LIFTING, PULLING, PUSHING OVER 10LBS UNTIL TOLD TO BY Vitals q 2 hours for 8 hours, then q 4 hours for remainder of obs.
Leave Dressing intact: to be managed by PD team. If necessary, reinforce only.

**Disposition:**

Initiate Vital Signs Monitoring
Follow-up in 12-24 Hours

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COLE, GARRICK D | | | Reg #: | 25462-076 |
| Date of Birth: | 06/03/1971 | Sex: M | Race: BLACK | Facility: | SPG |
| Note Date: | 05/28/2014 14:31 | Provider: | Le, T T PA-C | Unit: | V02 |

Procedure encounter performed at Operating Room.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Le, T T PA-C

Pre-Op Dx: ESRD on CAPD w/functioning PD Catheter
Post-Op Dx: Same
Intended Procedure: Removal of Right Tunneled Dialysis Cath
Procedure Performed: Removal of Right Tunneled Dialysis Cath
Performed by: T. Le PA-C
Anesthesia: Local- 1% Lidocaine w/Epi
Assistant: RN/ S. Downey
Surgical RN: RN/ T. Wootrin

Time out performed prior to procedure and informed consent was obtained, risk vs benefit explained. Area in right anterior chest prepped w/ Chloro-prep, draped w/sterile towels, injected w/1% lidocaine w/epi x 7ml and local anesthesia was attained. Entrance enlarged by 2mm w/ #15 blade, entrance bluntly dissected w/hemostat, extraction tool placed over cath and cuff freed from tissue. Cath removed in whole while inmate performed Valsalva maneuver, pressure applied x 10 min. Benzoin, steri-strips, and pressure gauze dressing applied. Inmate tolerated procedure well, inmate informed if any issues arise to notify any medical/nursing staff.

Findings: Intact catheter
Complications: None
Specimens: None
Condition on Discharge: Stable
EBL: <5ml
Disposition: Discharged to Housing Unit

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Le, T T PA-C on 05/28/2014 14:34
Requested to be reviewed by Pazera, Joseph PA-C.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COLE, GARRICK D | | | Reg #: | 25462-076 |
| Date of Birth: | 06/03/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 05/28/2014 14:31 | Provider: | Le, T T PA-C | Facility: | SPG |

Reviewed by Pazera, Joseph PA-C on 06/04/2014 12:55.

| Inmate Name: | COLE, GARRICK D | | | Reg #: | 25462-076 |
| --- | --- | --- | --- | --- | --- |
| Date of Birth: | 06/03/1971 | Sex: M | Race: BLACK | Facility: | SPG |
| Note Date: | 04/08/2014 09:15 | Provider: | Brown, Maxine APRN-C | Unit: | S03 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 04/08/2014 | Counseling | Plan of Care | Brown, Maxine | Verbalizes Understanding |

Inmate was educated prior to the procedure being performed. No barrier.

**Copay Required:** No      **Cosign Required:** Yes
**Telephone/Verbal Order:** No

Completed by Brown, Maxine APRN-C on 04/08/2014 09:35
Requested to be cosigned by Jordan, Wade MD/Clinical Director.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Pazera, Joseph PA-C.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | COLE, GARRICK D | | | Reg #: | 25462-076 |
| Date of Birth: | 06/03/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 04/08/2014 09:15 | Provider: | Brown, Maxine APRN-C | Facility: | SPG |

**Cosigned by Jordan, Wade MD/Clinical Director on 04/08/2014 11:22.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | |
|---|---|---|
| Inmate Name: COLE, GARRICK D | | Reg #: 25462-076 |
| Date of Birth: 06/03/1971 | Sex: M | Race: BLACK |
| Encounter Date: 04/08/2014 09:15 | Provider: Brown, Maxine APRN-C | Facility: SPG |

**Reviewed by Pazera, Joseph PA-C on 04/09/2014 15:06.**